IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANKIE CRABTREE                                                                PLAINTIFF

v.                          Case No. 5:16-cv-000205-KGB

STATE FARM MUTUAL
INSURANCE COMPANY                                                               DEFENDANT

## ORDER

Before the Court is a joint motion to dismiss filed by counsel for plaintiff Frankie Crabtree and counsel for defendant State Farm Mutual Automobile Insurance Company (Dkt. No. 43). The parties represent that they have resolved this matter, and they jointly request that the Court dismiss with prejudice the matter and for all other proper relief (*Id.*, ¶ 1). For good cause shown, the Court dismisses with prejudice this action.

It is so ordered this 4th day of February, 2019.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Court Judge